# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Stephanie Simpson | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
| Andrew M. Saul, Commissioner of Social Security | ) | Civil Action No.: 5:18-2168-TMC |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■   other: The Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C.

§ 405(g) for further administrative review.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain,  United States District Judge, who adopted the Report and
Recommendation of the Honorable Kaymani D. West,  United States Magistrate Judge.

Date:   October 10, 2019

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*